UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

                    Plaintiff,

        -v.-

COMMISSIONER ANDREW M. SAUL,
*Commissioner, Social Security Administration,*

                   Defendant.

20 Civ. 2630 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      The Complaint in this case was filed on March 27, 2020.  (Dkt. #1).  More than 90 days has passed since Plaintiff filed his Complaint and Plaintiff has not filed proof of service of the Complaint.  *See* Fed. R. Civ. P. 4(m).  Plaintiff is hereby ORDERED to serve and file proof of service of the Complaint on Defendant on or before **July 31, 2020**.  If Plaintiff fails to serve the Defendant by this time, the Court may dismiss the Complaint pursuant to Fed. R. Civ. P. 4(m).

      SO ORDERED.

Dated:  June 30, 2020
         New York, New York

                                  KATHERINE POLK FAILLA
                         United States District Judge