UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

        Plaintiff,

-against-

COMMISSIONER ANDREW M. SAUL,
*Commissioner, Social Security Administration*,

        Defendant.

20-CV-2630 (KPF) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/20

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated July 16, 2020 (Dkt. No. 12), the Court directed the parties to electronically file, no later than November 18, 2020, either (1) a stipulation dismissing, remanding, or otherwise resolving the case, or (2) a joint letter advising the Court that the parties were unable to resolve the case. No such stipulation or letter has been filed. No later than **November 25, 2020**, the parties shall file the stipulation or joint letter.

Dated: New York, New York
       November 20, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**