# CHRISTOPHER J. BOWES, ESQ.
## 54 Cobblestone Drive
### Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com



December 17, 2020

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Johnson v. Saul
     20 Civ. 2630(BCM)

Dear Judge Moses:

I am writing to request an extension of time in which to file plaintiff's Motion for Judgment on the Pleadings in this case. Puruant to the July 16, 2020 Scheduling Order (Docket # 12), Plaintiff's papers are due to be filed December 18, 2020. This is plaintiff's first request for an extension of time.

Due to unexpected family issues over the past two weeks that have required my attention, I am behind schedule in completing Mr. Johnson's papers. I apologize to the Court and opposing counsel for any delays this causes to your schedules. With the kind consent of opposing counsel, Oona Peterson, Esq., I respectfully request that the Court approve the following revised schedule:

| | |
|---|---|
| January 7, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| March 8, 2021 | Defendant's Motion for Judgment on the Pleadings |
| March 22, 2021 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

Very truly yours,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq

cc:   AUSA Oona Peterson

---

Application GRANTED. The parties' proposed revised schedule is adopted in its entirety. SO ORDERED.

Barbara Moses, U.S.M.J.
December 18, 2020