**CHRISTOPHER J. BOWES, ESQ.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/21

January 15, 2021

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   Johnson v. Saul
      20 Civ. 2630(BCM)

Dear Judge Moses:

    I am writing to request an extension of time, <u>nunc pro tunc</u>, in which to file plaintiff's Motion for Judgment on the Pleadings in this case. Plaintiff's papers were due to be filed on January 7, 2021. This is plaintiff's second request for an extension of time.

    Regrettably, due to inordinate work and family scheduled, I have not been able to complete these paper as anticipated. I have multiple matters which have unfortunately bottlenecked and made it difficult to complete these papers. I apologize to the Court and opposing counsel for these delays. With the kind consent of opposing counsel, Oona Peterson, Esq., I respectfully request that the Court approve the following revised schedule:

| | |
|---|---|
| January 22, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| March 23, 2021 | Defendant's Motion for Judgment on the Pleadings |
| April 7, 2021 | Plaintiff's Reply |

  Thank you for Your Honor's attention to this matter.

Very truly yours,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq

cc:   AUSA Oona Peterson

---

Application GRANTED. The revised schedule is adopted in its entirety. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
January 15, 2021