CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive

Shoreham, NY 11786

Tel. (212) 979-7575

Fax (631) 929-1700

cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/21

January 22, 2021

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   Johnson v. Saul
      20 Civ. 2630(BCM)

Dear Judge Moses:

    I am writing to request an extension of time in which to file plaintiff's Motion for Judgment on the Pleadings in this case. Plaintiff's papers are due to be filed today. This is plaintiff's third request for an extension of time.

    I am very sorry to request multiple extensions in this case. I have had an inordinately busy schedule this past month and have been addressing family obligations with regards to isolated family members. This morning, my son tested positive for the Coronavirus and my wife and I are scrambling to tend to his needs as well as get our two other children tested. As a result, I have not been able to do much of any work today and cannot complete what is needed in Mr. Johnson's case. In light of what I don't yet know about the course of my son's illness, I am seeking a one-week extension of time. With the kind consent of opposing counsel, Oona Peterson, Esq., I respectfully request that the Court approve the following revised schedule:

| | |
|---|---|
| January 29, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| March 30, 2021 | Defendant's Motion for Judgment on the Pleadings |
| April 14, 2021 | Plaintiff's Reply |

   Thank you for Your Honor's attention to this matter.

Very truly yours,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq

Application GRANTED. The Court adopts the proposed revised schedule in its entirety. In the future, the Court requests that counsel realistically assess his ability to comply with existing deadlines the *first* time he requests an extension. The Court extends its best wishes to counsel's son for a speedy recovery. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
January 25, 2021