USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/21

CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

May 25, 2021

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Johnson v. Saul
20 Civ. 2630(BCM)

Dear Judge Moses:

I am writing to request an extension of time in which to file plaintiff's Reply Memorandum of Law. Plaintiff's papers are due to be filed today.

I am sorry to make this last-minute request but unfortunately, I cannot complete these papers at this time due to several matters that have consumed far more time than anticipated. With the kind consent of opposing counsel, Oona Peterson, Esq., I respectfully request that the Court approve the following revised schedule:

May 28, 2021  Plaintiff's Reply

Thank you for Your Honor's attention to this matter.

Very truly yours,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq

cc: AUSA Oona Peterson

Application GRANTED. Plaintiff shall file his reply no later than **June 4, 2021**. No further extensions will be granted. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
May 26, 2021