UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID JOHNSON,

                      Plaintiff,                         20 **CIVIL** 2630 (BCM)

   -v-                                                 **JUDGMENT**

KILOLO KIJAKAZI,
Commissioner of Social Security,

                      Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 24, 2021, plaintiff's motion is GRANTED IN PART, the Commissioner's motion is GRANTED, and this action is REMANDED for further proceedings consistent with the Opinion and Order.

Dated: New York, New York
          November 30, 2021

                                                      **RUBY J. KRAJICK**

                                                           Clerk of Court
                                   BY:
                                                           Deputy Clerk