```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

        Plaintiff,

-against-

KILOLO KIJAKAZI, Commissioner of Social Security,

        Defendant.

20-CV-2630 (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff David Johnson's motion for attorney's fees and accompanying papers (Dkts. 42-44) and the Commissioner's responding letter (mistakenly filed as a "reply memorandum of law") (Dkt. 45) arguing, among other things, that "this Court must award the full Section 406(b) fee" of $32,397.25, and direct counsel to "refund to Plaintiff the $10,739.08 awarded as EAJA fees" rather than award a "'net' Section 406(b) fee of $21,658.17." No later than **October 3, 2022**, plaintiff shall file a reply on this point, advising the Court whether plaintiff wishes to revise his motion to request a Section 406(b) award of $32,329.75 to his counsel, upon receipt of which counsel will refund the $10,739.08 to plaintiff.

Dated: New York, New York
       September 27, 2022

                                  SO ORDERED.

                                  _____
                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**